In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-22-00247-CV**

**HA PENNY NGUYEN, Appellant**

**V.**

**JEFFERSON COUNTY, TEXAS, Appellee**

_____

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. D-208,390**

_____

## MEMORANDUM OPINION

In a final order, the trial court granted a plea to the jurisdiction filed by Jefferson County, Texas. Ha Penny Nguyen, Appellant, filed a notice of appeal. On August 2, 2022, we sent Appellant a certified bill of costs for the filing fee for the appeal. On September 2, 2022, through a notice issued by the Clerk of the Court, we warned the parties that Appellant had not remitted the filing fee and that unless she paid the fee, the Court would dismiss the appeal without further notice on any date after October 3, 2022.  Appellant neither paid the filing fee nor asserted that she was

unable to afford payment of costs. *See* Tex. R. App. P. 5, 20.1. None of the parties responded to the Clerk's notices.

In the absence of a satisfactory explanation justifying the appellant's failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3, 43.2(f).

APPEAL DISMISSED.


PER CURIAM


Submitted on October 19, 2022
Opinion Delivered October 20, 2022

Before Kreger, Horton and Johnson, JJ.